IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION, et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| EXELON NUCLEAR SECURITY, LLC, | : : | NO. 11-1928 |
| Defendant. | : | |

**O R D E R**

AND NOW, this 3rd day of November, 2011, upon consideration of Plaintiffs United Government Security Officers of America, International Union's and United Government Security Officers of America, Local 17's Motion to Strike Defendants Exelon Nuclear Security, LLC's and Exelon Generation Company, LLC's Counterclaim (Docket No. 21), and the Defendants' response in opposition thereto (Docket No. 22), it is hereby **ORDERED** that the Plaintiffs' Motion to Strike is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE