IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION, et al., | : : : | CIVIL ACTION |
| Plaintiffs & Counterclaim Defendants, | : : : | |
| v. | : : | |
| EXELON NUCLEAR SECURITY, LLC, Defendant & Counterclaim Plaintiff, and | : : : : | No. 11-1928 |
| EXELON GENERATION CO., LLC, Third Party Counterclaim Plaintiff. | : : : | |

**O R D E R**

**AND NOW**, this 23rd day of October, 2013, upon consideration of Plaintiffs' Motion to Dismiss (Docket No. 31), Exelon Nuclear Security, LLC, and Exelon Generation Co., LLC's Opposition thereto (Docket No. 32), oral argument (Docket No. 39), and the parties' supplemental briefing (Docket Nos. 37 & 38), **it is hereby ORDERED that the Motion to Dismiss (Docket No. 31) is DENIED.**

                    BY THE COURT:

                    S/Gene E.K. Pratter
                    GENE E.K. PRATTER
                    United States District Judge