IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION, et al.,** *Plaintiffs & Counterclaim Defendants*, | : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **EXELON NUCLEAR SECURITY, LLC,** *Defendant & Counterclaim Plaintiff, and* | : : : : | **No. 11-1928** |
| **EXELON GENERATION CO., LLC,** *Third Party Counterclaim Plaintiff*. | : : : : | |

## O R D E R   O F   J U D G M E N T

**AND NOW,** this 2nd day of June, 2014, upon consideration of the parties' Cross-Motions for Summary Judgment (Docket Nos. 58, 60) and their Responses thereto (Docket Nos. 62, 63), their Joint Statement of Undisputed Material Facts (Docket No. 57), and oral argument on May 15, 2014, **it is HEREBY ORDERED that:**

1. The Exelon parties' Motion for Summary Judgment (Docket No. 58) **is GRANTED IN PART, as to Count I of Exelon Nuclear Security, LLC's Counterclaim, and MOOTED IN PART, as to Count II of the Exelon parties' Counterclaim**, Count II of which is **DISMISSED AS MOOT**;

2. Accordingly, United Government Security Officers of America, International Union, and its Local 17's (collectively, "the Union parties") Motion for Summary Judgment (Docket No. 60) is **DENIED**;

1

3. **JUDGMENT is entered in favor of Exelon Nuclear Security, LLC and against the Union parties**; *and*

4. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge